CONSTANCE L. AKRIDGE, ESQ.
NEVADA BAR NO. 003353
MATTHEW T. MILONE, ESQ.
NEVADA BAR NO. 007448
JONES VARGAS
3773 Howard Hughes Pkwy.
3rd Floor South
Las Vegas, Nevada 89169
(702) 862-3300
(702) 734-2722 (f)
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN J. PLOTKIN, | Case No.: 2:08-cv-268-LDG-(GWF) |
| Plaintiff | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| vs. | |
| ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE INC., a Colorado corporation d/b/a ANTHEM BLUE CROSS BLUE SHIELD | |
| Defendant. | |

Plaintiff STEPHEN J. PLOTKIN, by his attorney, Steven J. Parsons of LAW OFFICES OF STEVEN J. PARSONS, and Defendant ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICE INC. d/b/a ANTHEM BLUE CROSS BLUE SHIELD, by its attorneys Constance L. Akridge and Matthew T. Milone of Jones Vargas, hereby stipulate and agree to jointly that:

1. The parties have resolved this case;
2. This case should be dismissed with prejudice; and

///
///
///
///

3. Each party shall bear its own fees and costs.

| Dated this 27th day of September 2010. | Dated this 27th day of September 2010. |
|---|---|
| **LAW OFFICES OF STEVEN J. PARSONS** | **JONES VARGAS** |
| //S// STEVEN J. PARSONS | //S// MATTHEW T. MILONE |
| STEVEN J. PARSONS, ESQ. | MATTHEW T. MILONE, ESQ. |
| Nevada Bar No. 363 | Nevada Bar No. 7448 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

**ORDER**

IT IS SO ORDERED.

DATED this 27 day of Sept, 2010.

_____
UNITED STATES DISTRICT JUDGE